## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| SONIA M. GALINDO, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN PARAMEDICAL )<br>SERVICES, INC., )<br>    Defendant. ) | Case No. 04-1108-CV-W-FJG |

### ORDER

Pending before the Court is defendant's motion to dismiss or, in the alternative, for a show cause order and extension of time (Doc. No. 29). Following the filing of this motion, the Court granted plaintiff's motion for stay of proceedings until plaintiff's mental competency has been evaluated. See Doc. Nos. 30 and 31. Given the stay of proceedings in the pending matter, the Court finds that defendant's motion to dismiss (Doc. No. 29) should be **PROVISIONALLY DENIED.** The motion to dismiss may be reinstated upon defendant's motion once the stay has been lifted.

  **IT IS SO ORDERED.**

                        /s/ FERNANDO J. GAITAN, JR.
                        Fernando J. Gaitan, Jr.
Dated: _December 29, 2005_     United States District Judge
Kansas City, Missouri